No. 93–5306. MASON v. BAYER. C. A. 4th Cir. Certiorari denied.

No. 93–5307. MITCHELL v. BISHOP. C. A. 6th Cir. Certiorari denied.

No. 93–5308. MAYBERRY v. HUDSON. C. A. 6th Cir. Certiorari denied.

No. 93–5309. LONG v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5310. JENKINS v. LORSON, CHIEF DEPUTY CLERK. C. A. D. C. Cir. Certiorari denied.

No. 93–5312. BLANKENSHIP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5314. RAMOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5315. BLANCO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5316. DeMAURO v. COLDWELL, BANKER & CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5317. CROWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5318. PHILLIPS v. VIRGINIA ET AL. Ct. App. Va. Certiorari denied.

No. 93–5319. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5320. HUNTER, AKA DIRKER v. AISPURO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–5321. CORDOBA-ZAPATA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5322. DANIELS v. UNITED STATES; and
No. 93–5428. GOINES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.